FILED
CLERK, U.S. DISTRICT COURT

FEB 2 4 2026

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

5:26 mj-00094

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| | ) HEARING ( Fed.R.Crim.P. 32.1(a)(6) |
| v. | ) Allegations of Violations of Probation |
| William Ken Hubbbe | ) Supervised Release) |
| | ) Conditions of Release) |
| | ) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  (✓)   the appearance of defendant as required; and/or

    (B)  (✓)   the safety of any person or the community.

//

//

The court concludes:

A.    (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- SUBMISSION TO DETENTION
- LACK OF INTORVION WITH PRETRIAL

(B)    (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- SUBMISSION TO DETONTION
- LACK OF INTORVIEW WITH PRETRIA

IT IS ORDERED that defendant be detained.

DATED: 2/24/26

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2